IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01461-MSK-MJW

UNITED STATES OF AMERICA,

       Petitioner,

v.

KASANDRA LANE,

       Respondent.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a hearing on the Petition to Enforce Internal Revenue Service Summons will be held on **September 1, 2006 at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

       Dated this 28thday of July, 2006.

       **BY THE COURT:**

       _Marcia S. Krieger_

       Marcia S. Krieger
       United States District Judge